IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL ADEOLUWA OLUGBENLE, | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-14-3085 |
| SANDRA HEATHMAN, *as District Director of the Houston District Office U.S. Citizenship and Immigration Services,* | § § § § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

For the reasons stated in the court's Memorandum and Opinion of even date, this action is DISMISSED with PREJUDICE.

SIGNED on June 8, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge